UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-3200-GW-MRWx | Date | July 19, 2023 |
|---|---|---|---|
| Title | *August Image, LLC v. Skinsation LA, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

　　The Court has received the parties' 7/18/23 Joint Report (ECF No. 19) indicating that a settlement agreement has been reached and is being finalized. Based thereon, the July 20, 2023 scheduling conference is taken off-calendar.  An Order to Show Cause re Settlement is set for August 24, 2023 at 8:30 a.m. The parties are to file either a dismissal or a joint status report by August 21. Should the settlement require a payment or other action after August 21, the parties will still file a dismissal by said date but with a provision that the Court retains jurisdiction to enforce the terms of the settlement.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:

Initials of Preparer    JG