UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SKINSATION LA, INC., a California corporation; and DOES 1-10,<br><br>Defendants. | Case No.   2:23-cv-03200-GW-MRW<br>Judge:   Hon. George H. Wu<br>Courtroom:   9D<br><br>[~~PROPOSED~~] ORDER TO DISMISS ACTION AND RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>[Filed with Stipulation for Dismissal with Prejudice]<br><br>Date Action Filed: April 27, 2023<br>Trial Date:   None Set |

**TO THE COURT, ALL PARTIES, AND/OR THEIR ATTORNEYS OF RECORD:**

The Court (Hon. George H. Wu, Judge), having considered the STIPULATION OF DISMISSAL WITH PREJUDICE by Plaintiff, AUGUST IMAGE, LLC and Defendant, SKINSATION LA, INC. ("Defendant"), and good cause appearing therefore,

IT IS HEREBY ORDERED:

1. The operative Complaint is hereby dismissed with prejudice as against Defendant and DOES 1-10, inclusive;

/ / /

/ / /

/ / /

/ / /

-1-

**[PROPOSED] ORDER TO DISMISS ACTION AND RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

2. The Court retains jurisdiction to enforce the terms of the Settlement Agreement between Plaintiff and Defendant and to consider applications for and enter any appropriate post-dismissal orders pursuant thereto.

DATED: August 22, 2023

_____
Honorable George H. Wu,
Judge, United States District Court

[PROPOSED] ORDER TO DISMISS ACTION AND RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT